NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| BERTHA PITTMAN, Individually and as Administratix ad Prosequendum for the Estate of Aaron Pittman, and as Administratrix of the ESTATE OF AARON PITTMAN, | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-1617 (DMC) |
| Plaintiffs, |  |
| v. |  |
| THE COUNTY OF UNION, *et al.*, |  |
| Defendants. |  |

This matter comes before the Court upon Plaintiff Bertha Pittman's ("Plaintiff") motion for reconsideration; and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this   26   day of June, 2008;

**ORDERED** that Plaintiffs' motion for reconsideration is **denied.**

 DENNIS M. CAVANAUGH   
Dennis M. Cavanaugh, U.S.D.J.

Original:   Clerk
cc:             All Counsel of Record
                 Hon. Mark Falk, U.S.M.J.
                 File